29483. THIBADEAU COMPANY, INC. v. McMILLAN.

UNDERCOFLER, Presiding Justice.

On further consideration of the record in the present case, this court has reached the conclusion that the application for writ of certiorari was improvidently granted, and accordingly the case is dismissed.

*Appeal dismissed. All the Justices concur, except Jordan and Ingram, JJ., who dissent.*

ARGUED JANUARY 17, 1975 — DECIDED FEBRUARY 5, 1975.

*Gambrell, Russell, Killorin, Wade & Forbes, David A. Handley, Jack O. Morse,* for appellant.
*Harvey & Willard, Wendell K. Willard,* for appellee.